IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANGELA BROWN, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CASE NO. 2:09-cv-901-MEF |
| | ) |
| RONNIE BENEFIELD, *et al.*, | ) (WO) |
| | ) |
| Defendants. | ) |

**O R D E R**

In light of this Court's order granting Plaintiffs' Motion for Extension of Time (Doc. #59), it is hereby

ORDERED that Plaintiffs' Amended Motion for Extension of Time (Doc. #58) is DENIED as moot.

DONE this the 10th day of February, 2010.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE